# IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| DEVIN GREEN, *Plaintiff*, vs. CHRISTOPHER SHAWN PENDELL EAGLE TRANSPORT CORPORATION, *Defendants*. | Case No.: **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT EAGLE TRANSPORT CORPORATION** |

Please see the attached Proof of Service on Defendant Eagle Transport Corporation.

**MORGAN & MORGAN, P.A.**

*/s/ James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5186
Fax: (843) 947- 6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

August 8, 2025
Charleston, South Carolina