AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-07750-RMG**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    **Eagle Transport Corporation,**
was recieved by me on  **8/01/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **marvin ayala**, who is designated by law to accept service of process on behalf of **Eagle Transport Corporation**, at **160 Mine Lake Ct Ste 200, Raleigh, NC 27615** on **08/01/2025 at 2:31 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  08/01/2025

_____
*Server's signature*

**Eric Dockery**
*Printed name and title*

**104 Anise Tree Way**
**Clayton, NC 27527**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS IN A CIVIL ACTION; PLAINTIFF'S REQUEST FOR  ADMISSION, INTERROGATORY AND REQUEST FOR PRODUCTION  REGARDING INSURANCE  COVERAGE; PLAINTIFF'S INITIAL REQUESTS FOR  PRODUCTION TO DEFENDANT  EAGLE TRANSPORT CORPORATION; FIRST INTERROGATORIES TO DEFENDANT  EAGLE TRANSPORT CORPORATION; PLAINTIFF'S INITIAL REQUESTS FOR  PRODUCTION TO DEFENDANT  CHRISTOPHER SHAWN PENDELL; FIRST INTERROGATORIES TO  DEFENDANT CHRISTOPHER SHAWN  PENDELL,  to marvin ayala who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**





Tracking #: **0180412076**