**IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| DEVIN GREEN, | Case No.: 2:25-cv-07750-RMG |
| *Plaintiff,* | |
| vs. | **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT CHRISTOPHER SHAWN PENDELL** |
| CHRISTOPHER SHAWN PENDELL EAGLE TRANSPORT CORPORATION, | |
| *Defendants.* | |

Please see the attached Proof of Service on Defendant Christopher Shawn Pendell.

**MORGAN & MORGAN, P.A.**

*/s/ James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5186
Fax: (843) 947- 6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

August 8, 2025
Charleston, South Carolina