AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-07750-RMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Christopher Shawn Pendell**
was recieved by me on **8/03/2025:**

- [X] I personally served the summons on the individual at **1911 Clary Road, Augusta, GA 30906** on **08/04/2025 at 10:26 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  08/04/2025

*Server's signature*

**Adrian Bryant**
*Printed name and title*

**220 Torrey Pine Trl
Evans, GA 30809**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS IN A CIVIL ACTION; PLAINTIFF'S REQUEST FOR ADMISSION, INTERROGATORY AND REQUEST FOR PRODUCTION REGARDING INSURANCE COVERAGE; PLAINTIFF'S INITIAL REQUESTS FOR PRODUCTION TO DEFENDANT EAGLE TRANSPORT CORPORATION; FIRST INTERROGATORIES TO DEFENDANT EAGLE TRANSPORT CORPORATION; PLAINTIFF'S INITIAL REQUESTS FOR PRODUCTION TO DEFENDANT CHRISTOPHER SHAWN PENDELL; FIRST INTERROGATORIES TO DEFENDANT CHRISTOPHER SHAWN PENDELL, to Christopher Shawn Pendell with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired male contact 35-45 years of age, 5'8"-5'10" tall and weighing 240-300 lbs.**



Tracking #: **0180602186**

