# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Devin Green, | ) C.A. No.: 2:25-cv-07750-RMG |
|         Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) |
| Christopher Shawn Pendell and Eagle Transportation Corporation, | ) |
| | ) |
|         Defendants. | ) |

Please take notice that the undersigned, Robert D. Moseley, Jr., an attorney with the law firm of Moseley Marcinak Law Group LLP, does hereby give notice of his appearance on behalf of Defendants Christopher Shawn Pendell and Eagle Transportation Corporation, in the above-referenced matter. The undersigned attorney requests that the Court note his appearance, and that all parties of record be required to notify and serve the undersigned counsel with all pleadings, discovery, and trial information.

Respectfully submitted,

s/Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (#5526)
Garrett Simpson (#14004)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd, Suite B
Taylors, SC 26148
Greenville, South Carolina 29616
(864)248-6025 (864)248-6035 (Fax)
Rob.Moseley@momarlaw.com
Garrett.Simpson@momarlaw.com
*Attorneys for Defendants*

August 18, 2025

5598644.1