IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **Devin Green,** | ) | C/A No.: **2:25-cv-07750-RMG** |
| | ) | |
| **Plaintiff,** | ) | **AMENDED** |
| | ) | **SCHEDULING ORDER** |
| v. | ) | |
| | ) | |
| **Christopher Shawn Pendell and** | ) | **Judge Richard Mark Gergel** |
| **Eagle Transportation,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than September 8, 2025.

2. Rule 26(a)(1) Initial Disclosures: No later than September 22, 2025, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than September 22, 2025, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.

4. Mediation: See Mediation Order.

5. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **February 16, 2026**.

6. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
    Plaintiff:      **March 16, 2026**
    Defendant:   **April 20, 2026**

7. Records Custodian Witnesses: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later **April 22, 2026**. Objections to such affidavits must be made within

5617354.3

8. <u>Discovery</u>:  Discovery shall be completed no later than **May 18, 2026**.  All discovery requests shall be served in time for the responses thereto to be served by this deadline.  De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

9. <u>Motions in Limine</u>: Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

10. <u>Dispositive Motions and Daubert Motions</u>: All dispositive motions and Daubert motions shall be filed on or before **June 1, 2026**.

11. <u>Pretrial Disclosures</u>: No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

12. <u>Pretrial Briefs</u>:  Parties shall furnish the Court and serve pretrial briefs **five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

13. <u>Trial</u>:  This case is subject to being called for jury selection and/or trial on or after **October 1, 2026**.

The parties' attention is directed to the Special Instructions for Cases Before Judge Richard Mark Gergel, available on the District Court's website at www.scd.uscourts.gov.

January 14, 2025  
Charleston, South Carolina

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

5617354.3