IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Devin Green, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 2:25-cv-07750-RMG |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO WITHDRAW** |
| Christopher Shawn Pendell and | ) | |
| Eagle Transportation Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned requests that the Court permit the withdrawal of Garrett M. Simpson, an attorney with the law firm of Moseley Marcinak Law Group LLP, as counsel for defendant Christopher Shawn Pendell and Eagle Transportation Corporation pursuant to Local Civil Rule 83.I.07 (A) (D.S.C.) in the above-styled civil action. Defendants Christopher Shawn Pendell and Eagle Transportation Corporation and their remaining counsel consent to the withdrawal of counsel of Garrett M. Simpson. Opposing counsel has been consulted and have no objections to the motion. The motion should be granted because Defendants Christopher Shawn Pendell and Eagle Transportation Corporation will continue to be represented by Robert D. Moseley, Jr. with the law firm of Moseley Marcinak Law Group LLP, who has previously appeared in this matter as their counsel.

Accordingly, the undersigned asks that the motion be granted.

[SIGNATURE PAGE TO FOLLOW]

1

5770795.2

                                                  _s/ Garrett M. Simpson_
                                                  Garrett M. Simpson (#14004)

February 18, 2026