IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Devin Green, | ) | |
| | ) | **CA: 2:25-cv-07750-RMG** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| Christopher Shawn Pendell and Eagle | ) | |
| Transportation Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that the undersigned, Christian E.W. Fober., an attorney with the law firm Moseley Marcinak Law Group LLP, does hereby give notice of his appearance on behalf of Defendants Christopher Shawn Pendell and Eagle Transportation Corporation in the above-styled civil action. The undersigned attorney request that the Court note his appearance, and that all parties of record be required to notify and serve the undersigned counsel with all pleadings, discovery, and trial information.

Respectfully submitted,

s/ Christian E.W. Fober
Robert D. Moseley, Jr. (# 5526)
Christian E.W. Fober (#13244)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

April 24, 2026

1

5843717.1