# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| Devin Green, | ) | **C.A. No.: 2:25-cv-07750-RMG** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' EXPERT** |
| | ) | **DISCLOSURES** |
| Christopher Shawn Pendell and Eagle Transportation Corporation, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Christopher Shawn Pendell and Eagle Transportation Corporation ("Defendants") by and through their undersigned attorney, respectfully submit this list of expert witnesses who may be called upon to testify at the trial of this case.

1.      The Defendants certify that the expert witness's CV is being served upon and disclosed to all parties with respect to the following witness who has been retained and specially employed by Defendants to provide expert testimony in this case.  However, Defendants are still awaiting subpoena responses from medical providers for Plaintiff's MRI/imaging films and the below expert will complete a written report with the required information pursuant to Rule 26(a)(2) upon his receipt and review of those records which will be served upon all parties thereafter.

    a.    Paul Morgan Aitchison, MD
        120 Country Club Drive
        Columbia, SC 29206

Dr. Aitchison is a board-certified Radiologist. He is currently employed at Prisma Health Department of Radiology in Columbia, South Carolina. Dr. Aitchison is expected to

1

5839274.1

provide testimony regarding the opinions to a reasonable degree of medical certainty in his report relating to his analysis of records related to the above captioned case. Specifically he will be reviewing Plaintiff's imaging and films related to his cervical and lumbar spine and hip. His ultimate opinions will be supplemented following his receipt and review of Plaintiff's imaging and films.

Defendants are providing Plaintiff with a copy of Dr. Aitchison's CV, outlining his qualifications.

2.      Defendants disclose the following witnesses who may testify at trial to present evidence under Federal Rules of Evidence 702, 703, or 705, but who have not been retained or specially employed by Defendants to provide expert testimony in this case.  Accordingly, these witnesses are exempted from the requirements of Rule 26(a)(2)(B) but are so identified pursuant to Rule 26(a)(2)(A) and Rule 26 (a)(2)(C).

a.      Providers who treated Plaintiff following the accident that is the subject of this lawsuit. Each is expected to offer expert testimony regarding his or her treatment of Plaintiff.

3.      These Defendants reserve the right to call and elicit expert testimony from any expert witness specially retained by any other party to this litigation.

Defendants further reserve the right to supplement this list of experts as Plaintiff's medical care is ongoing and/or should the case develop in such a way to warrant additional expert testimony on Defendants' behalf.  Defendants further reserve the right to elicit expert testimony from individuals named as experts by other parties and other witnesses later identified who may qualify as experts under the Federal Rules of Evidence.

*[Signature on the Following Page]*

2

Respectfully submitted,

 s/ Christian E. W. Fober
Robert D. Moseley, Jr. (# 5526)
Christian E. W. Fober (#13244)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

April 24, 2026

5839274.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Devin Green, | ) | C.A. No.: 2:25-cv-07750-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Christopher Shawn Pendell and Eagle Transport Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that a copy of Defendants' Expert Disclosures was served upon counsel of record via electronic mail the 24th day of April, 2026, addressed as follows:

James G. Biggart II (jbiggart@forthepeople.com)
Cooper Klaasmeyer (biggartlitigation@forthepeople.com)
MORGAN & MORGAN P.A.
4401 Belle Oaks Drive, Suite 300 North
Charleston, SC 29405
*Attorneys for Plaintiff*

    s/ Christian E. W. Fober
Robert D. Moseley, Jr. (# 5526)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

4