IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Devin Green, | ) | C.A. No.: 2:25-cv-07750-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION TO AMEND** |
| v. | ) | **AMENDED CONFERENCE AND** |
| | ) | **SCHEDULING ORDER** |
| Christopher Shawn Pendell and Eagle Transportation Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, all parties by consent, by and through their undersigned counsel, and requests this Court Amend and Extend the deadlines of the current Scheduling Order as set forth below:

1.      The current Amended Conference and Scheduling Order was entered January 14, 2026 (ECF No. 15).

2.      Since the entry of the current Scheduling Order the parties have worked diligently to complete discovery, including party, witness, and expert depositions, but due to the complex nature of the case, the parties have not been able to schedule all the needed discovery, witness depositions, and expert depositions prior to deadlines included in the current Scheduling Order.

3.   Accordingly, pursuant to Local Rule 6.01, the Parties state as follows:

  a.   The date of the current deadlines which the Parties seek to extend are as follows:

   i.   Expert Witnesses – Plaintiff – March 16, 2026; Defendant – April 20, 2026

   ii.  Records Custodian Witnesses – April 22, 2026

1

5849597.1

iii. Discovery – May 18, 2026

iv. Motions in Limine – September 21, 2026

v. All other Motions – June 1, 2026

vi. Mediation – June 18, 2026

vii. Pretrial Disclosure – September 2, 2026

viii. Subject for Trial – October 1, 2026

b. These deadline have been previously extended once from the Conference and Scheduling Order that was filed on August 18, 2025, (ECF No. 10)

c. The parties respectfully request an approximately 90-day extension for each deadline as outlined above, extending the new deadlines as follows:

i. Expert Witnesses – Plaintiff – June 15, 2026; Defendant – July 20, 2026

ii. Records Custodian Witnesses – July 21, 2026

iii. Discovery – August 16, 2026

iv. Motions in Limine – December 21, 2026

v. All other Motions – August 31, 2026

vi. Mediation – September 16, 2026

vii. Pretrial Disclosure – December 14, 2026

viii. Subject for Trial – January 4, 2027

4. This extension would not affect other deadlines except as otherwise set forth in this motion.

5. This motion for extension is made in good faith and in the interests of judicial economy and is not interposed solely for the purposes of delay or other improper reasons.

2

5849597.1

WHEREFORE, the parties respectfully request that this Honorable Court grant this motion to amend the deadlines in the Amended Conference and Scheduling Order as set forth in the proposed Second Amended Conference and Scheduling Order.

WE CONSENT:

s/ James G. Biggart II
James G. Biggart II (# 14195)
Cooper Klaasmeyer(# 14272)
4401 Bell Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843) 973-5208
Biggartlitigation@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiff*

s/Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (# 5526)
Christian E.W. Fober (# 13244)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*

June 11, 2026

3

5849597.1