# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Devin Green,** | ) | **C/A No.: 2:25-cv-07750-RMG** |
| | ) | |
| **Plaintiff,** | ) | **CONSENT AMENDED** |
| | ) | **SCHEDULING ORDER** |
| **v.** | ) | |
| | ) | |
| **Christopher Shawn Pendell and** | ) | **Judge Richard Mark Gergel** |
| **Eagle Transportation,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.   Discovery may begin upon receipt of this order.

1.   <u>Rule 26(f) Conference</u>: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than September 8, 2025.[1]

2.   <u>Rule 26(a)(1) Initial Disclosures</u>: No later than September 22, 2025, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.[2]

3.   <u>Rule 26(f) Report</u>: No later than September 22, 2025, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.[3]

---

[1] Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances.  At conference, the parties shall confer concerning all matters set forth in Rule 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary.  See attached form – RULE 26(f) REPORT. The parties shall also consider whether they wish to consent to trial before a United States Magistrate Judge (form available on website).

[2] Pursuant to Fed. R. Civ. P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures.  If such a stipulation is made, it shall be confirmed in writing between the parties.  See Fed. R. Civ. P. 29 and Local Civil Rule 29.01.

[3] Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.  See also Local Civil Rule 26.02 (rules for answering court interrogatories).

5849587.1

4.      <u>Mediation</u>:  As part of the Rule 26(f) Report, the parties are to file the form entitled "Mediation of Cases Pending Before Judge Gergel," which is contained within the attached Special Instructions of Judge Richard Mark Gergel.[4]

5.      <u>Amendment of Pleadings</u>: Motions to join other parties and amend the pleadings shall be filed no later than February 16, 2026.

6.      <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
        **Plaintiff:     June 15, 2026**
        **Defendant:  July 20, 2026**

7.      <u>Records Custodian Witnesses</u>:  Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later **July 21, 2026**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8.      <u>Discovery</u>:  Discovery shall be completed no later than **August 16, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline.  De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

9.      <u>Motions in Limine</u>: Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

10.     <u>Dispositive Motions and Daubert Motions</u>: All dispositive motions and Daubert motions shall be filed on or before **August 31, 2026**.

11.     <u>Pretrial Disclosures</u>: No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

---

[4] The Court will issue a separate Order on mediation.

5849587.1

12.     Pretrial Briefs:  Parties shall furnish the Court and serve pretrial briefs **five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

13.     Trial:  This case is subject to being called for jury selection and/or trial on or after **January 4, 2027**.

The parties' attention is directed to the Special Instructions for Cases Before Judge Richard Mark Gergel, available on the District Court's website at www.scd.uscourts.gov.


Date: _____                          Richard Mark Gergel
Charleston, South Carolina                       United States District Judge

5849587.1

This 11th day of June, 2026.

**WE CONSENT:**


**MORGAN & MORGAN, P.A.**

/s/ James G. Biggart II
JAMES G. BIGGART II, ESQ.
SC Bar No.: 106477
COOPER KLAASMEYER, ESQ.
SC Bar No.: 105795
4401 Belle Oaks Drive, Suite 300 North
Charleston, SC 29405
Telephone: (843) 973-5186
Fax:          (843) 947-6113
jbiggart@forthepeople.com
biggartlitigation@forthepeople.com
*Attorneys for the Plaintiff*

**Moseley Marcinak Law Group LLP**

s/Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (#5526)
Garrett Simpson (#14004)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd, Suite B
Taylors, SC 26148
Greenville, South Carolina 29616
(864)248-6025 (864)248-6035 (Fax)
Rob.Moseley@momarlaw.com
Garrett.Simpson@momarlaw.com
*Attorneys for Defendants*

5849587.1