IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Devin Green,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Shawn Pendell and Eagle Transportation Corporation,<br><br>Defendants. | **C.A. No.: 2:25-cv-07750-RMG**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by Plaintiff and Defendants, who have appeared in this action, as indicated by the signatures of their counsel below, that all claims in this action of the Plaintiff against the Defendants shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear his, her, or its own costs and attorneys' fees,

This 5th day of October, 2026.

WE SO STIPULATE:

*s/ James G. Biggart II*
James G. Biggart II (Fed ID 14195)
Cooper Klaasmeyer (Fed ID 14272)
4401 Bell Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843)973-5208
Biggartlitigation@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiff*

*s/ Robert D. Moseley, Jr.*
Robert D. Moseley, Jr. (SC Bar #5526)
Christian E.W. Fober (SC Bar #13244)
4324 Wade Hampton Blvd., Ste. B
Taylors, SC 29687
P.O. Box 26148 Greenville, SC 29616
(864) 248-6025 Office
(864) 248-6035 Fax
Rob.Moseley@momarlaw.com
Christian.Fober@momarlaw.com
*Attorneys for Defendants*